AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Western District of Texas

FILED
January 23, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____CW_____
DEPUTY

| United States of America | ) |
|---|---|
| v. | ) |
| DAIKELY YULIANYS LOPEZ-CEDENO | ) Case No. EP:25-m-00283-MAT |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **January 14, 2025** in the county of **El Paso** in the **Western** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 111 | Assaulting, resisting, or impeding certain officers or employees |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

Complaint sworn to telephonically on **January 23, 2025** at **09:50 AM** and signed electronically. FED.R.CRIM.P. 4.1(b)(2)(A)

*Complainant's signature*

Juan Martinez, Senior Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 01/22/2025

*Judge's signature*

City and state: El Paso, Texas

Miguel A. Torres, U.S. Magistrate Judge
*Printed name and title*

Affidavit

On January 16, 2025, Immigration and Customs Enforcement, Office of Professional Responsibility (ICE OPR), Senior Special Agent (SSA) Juan Martinez responded to the El Paso Service Processing Center (EPSPC) located in 8915 Montana Avenue, El Paso, Texas, within the Western District of Texas, in reference to Daikely Yulianys LOPEZ-CEDENO an EPSPC Contract Detention Officer (CDO). The EPSPC is an Immigration and Customs Enforcement Federal Detention Facility and the CDO is a contract employee of the United States. The CDO further known as the Victim, was engaged in the performance of his/her official duties. SSA Martinez reviewed video surveillance related to the incident and interviewed EPSPC staff in reference to the incident.

(Agent Note: Video surveillance only captured aspects of the incident.)

On January 14, 2025, the Victim, was in uniform and in performance of his/her duty assigned to Female Processing Area and attempting to escort LOPEZ-CEDENO to another cell. CDO's indicated LOPEZ-CEDENO was uncooperative and refusing to comply with instructions by yelling, and stating she was not moving voluntarily. Several CDOs attempted to calm LOPEZ-CEDENO, and she did not comply with requests or commands provided by CDOs. CDOs grabbed LOPEZ-CEDENO by her arms and escorted her to a single cell. LOPEZ-CEDENO was attempting to head butt a third CDO as handcuffs were placed on, the Victim placed his/her arm in the way to protect CDO from the headbutt, and LOPEZ-CEDENO bit the Victim's arm. LOPEZ-CEDENO was placed in handcuffs and escorted to Special Housing Unit padded cell.

Female Processing video surveillance captured the Victim standing close to LOPEZ-CEDENO and later grabbing her right arm while a second CDO grabbed LOPEZ-CEDENO's left arm and escorting her to a single cell, and shortly after escorted outside of the processing area by the same two CDOs in handcuffs.

The Victim was wearing a jacket, a sweater, and a long sleeve and the bite still broke the skin causing the wound to bleed. The Victim sought medical care at a local Emergency Room after the incident and two pictures were obtained of his/her upper arm and injury.

On January 16, 2025, LOPEZ-CEDENO waived her rights to counsel and agreed to be interviewed by SSA Martinez and SSA Olivas. The interview was video and audio recorded. The following is a summary and not verbatim. LOPEZ-CEDENO stated on January 14, 2025, she arrived at EPSPC, she stated she was frustrated not knowing the status of her case. She stated she refused to follow directions from CDOs, and the CDOs forced her to move to another room. LOPEZ-CEDENO stated she reacted by biting a CDO because she was getting hurt by the CDOs.

Based on the above information, there is probable cause to believe that on or about January 14, 2025, in the Western District of Texas, Daikely Yulianys LOPEZ-CEDENO committed

1

violations of Title 18, United States Code (U.S.C.), Section 111(a)(1)-Assault on a Federal Officer.

I make this affidavit on the basis of my personal knowledge, as well as the basis of information furnished to me by other law enforcement officers. Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each fact known to me concerning this investigation.

_____
Juan Martinez, Senior Special Agent


Subscribed and sworn before me this 22th day of January 2025.

_____
Miguel A. Torres, United States Magistrate Judge

2