# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | NO:   EP:25-CR-00274(1)-LS |
| | § | |
| (1) DAIKELY YULIANYS | § | |
| LOPEZ-CEDENO | | |

## ORDER ACCEPTING WAIVER OF
## PERSONAL APPEARANCE AT ARRAIGNMENT

Defendant filed a Notice of Waiver of Personal Appearance at Arraignment, signed by defendant and defendant's attorney, in which defendant affirms:

•      Defendant has received a copy of the charging document;
•      Defendant has read the charging document or had it read to him/her;
•      Defendant understands that he/she has the right to personally appear at arraignment; and
•      Defendant desires to waive personal appearance at arraignment and reading of the charging document, and tender a plea of "not guilty."

Pursuant to Federal Rule of Criminal Procedure 10(b), the Court hereby ACCEPTS the waiver of appearance and directs that a plea of NOT GUILTY be entered for defendant.

It is so **ORDERED** this **27th day of February, 2025**.

ROBERT F. CASTANEDA
UNITED STATES MAGISTRATE JUDGE