# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | No. 3:25-CR-00274-LS |
| § | |
| **DAIKELY YULIANYS LOPEZ-** § | |
| **CEDENO,** § | |
| § | |
| *Defendant*. § | |

## ORDER

On April 17, 2025, the Court held a pre-trial conference in this case.[1] For the reasons stated at the hearing, the Court orders as follows:

1. The Court grants Defendant's motion to compel discovery [ECF No. 59] in part and denies it in part. The government represents that it has already complied with Defendant's request for the agent's training certificates to the extent that they exist. The Court orders the government to remain in compliance with this request. The Court denies Defendant's requests for the agents' employment applications and birthdates.

2. The Court denies Defendant's oral motion for any complaints of abuse by the agents as improperly brought.

3. The Court grants Defendant's motions *in limine* [ECF No. 77] in part and denies them in part. The Court grants Defendant's first and sixth motions as agreed between the parties. The Court grants Defendant's second motion in part and denies it in part. The government may inquire into Defendant's immigration history but may not discuss her conviction for illegal entry

---

[1] ECF No. 81.

into the United States. The Court denies Defendant's third and fifth motions. Defendant's fourth motion was withdrawn. The Court reserves ruling on Defendant's seventh motion.

4.      The Court grants the government's motions *in limine* [ECF No. 79] in part and denies them in part. The Court grants motions 2, 3, 8, 9, 10, 11, 12, 13, 15, 16, 17, and 20 as agreed between the parties. The Court grants the government's first motion but does not fully exclude the disputed evidence. The parties must approach before eliciting any testimony related to the motion. The Court grants motions 4, 5, and 18 to the extent that both parties will be required to follow the Federal Rules of Evidence. The Court grants the government's sixth motion to the extent that parties may not cross-examine witnesses on documents that they are not familiar with. The Court grants the government's fourteenth motion provided that the defense is permitted to inquire into the witness's memory and the credibility of their statements. The Court denies the government's nineteenth motion. The Court reserves ruling on the government's seventh motion.

5.      The Court's rulings on the motions *in limine* do not preclude the parties from requesting the Court revisit these rulings given the exigences of trial. The parties must approach the bench and make their motion outside the presence of the jury if they wish to reopen any of the above matters.

**SO ORDERED**.

**SIGNED** and **ENTERED** on April 21, 2025.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**