# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | No. **3:25-CR-00274-LS** |
| § | |
| **DAIKELY YULIANYS LOPEZ-CEDENO,** § | |
| § | |
| *Defendant*. § | |

## JUDGMENT OF ACQUITTAL

On April 22, 2024, came on the above captioned case for a jury trial. After hearing all testimony and reviewing evidence in the case, the jury today returned a verdict of not guilty. The Court therefore enters this judgment of acquittal.

**SO ORDERED**.

**SIGNED** and **ENTERED** on April 25, 2025.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**