UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | No. 3:25-CR-00274-LS |
| DAIKELY YULIANYS LOPEZ-CEDENO, | § § § § | |
| *Defendant.* | § | |

**VERDICT FORM**

18 USC § 111(a)(1)—Forcibly Assaulting a Federal Officer

As to the charge of Forcibly Assaulting a Federal Officer, we the Jury unanimously find DAIKELY YULIANYS LOPEZ-CEDENO:

        __X__ Not Guilty          _____ Guilty

Dated this 25th day of April, 2025, at El Paso, Texas.



                                                                                  Foreperson